No. 01–10965. MARSHALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10968. RASTEN v. TOWN OF BROOKLINE, MASSACHU-SETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–10969. POSADA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10970. CLEVELAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10971. DAMERVILLE v. MUNDT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–10972. BROWN v. LITSCHER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certio-rari denied.

No. 01–10974. CORRALES-QUINTERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10975. BECKFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10976. CARTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10977. DANIEL v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10978. DOWNS v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–10979. PARKER v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10981. LIBERTY v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 01–10982. ARTURO MARQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.